Kelvin GOULD, Plaintiff—Appellant,

v.

CITY OF NEWPORT NEWS, VIRGINIA; Artisha K. Todd, Assistant Commonwealth's Attorney for the City of Newport News, VA; Charles E. Haden, Defendants—Appellees.

No. 10–6893.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 6, 2010.

Kelvin Gould, Appellant Pro Se.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gould appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gould v. City of Newport News,* No. 2:10–cv–00286–JBF–FBS (E.D. Va. June 23, 2010). We deny Gould's motions for discovery and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*